■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN McCULLOUGH, Appellant.—Judgment, Supreme Court, Bronx County (John P. Collins, J.), rendered on or about August 16, 1982, unanimously affirmed. The motion by respondent to strike the appellant's *pro se* brief is denied. No opinion. Concur—Murphy, P. J., Sullivan, Carro and Kassal, JJ.

■ In the Matter of the Liquidation of UNION INDEMNITY INSURANCE COMPANY OF NEW YORK. In the Matter of SNYDER TANK CORP. et al., Appellants, v SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Respondent. SNYDER TANK CORP. et al., Appellants, and COLORADO INSURANCE GUARANTY ASSOCIATION et al., Intervenors-Appellants, v SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Respondent.— Judgment, Supreme Court, New York County (Ira Gammerman, J.), entered on or about June 9, 1988, unanimously affirmed, without costs and without disbursements. The order of this court entered herein on May 2, 1989 *[Matter of Snyder Tank Corp. v Superintendent of Ins. of State of N. Y.,* 150 AD2d 992] is vacated. No opinion. Concur—Murphy, P. J., Sullivan, Carro, Wallach and Rubin, JJ. *[See,* 140 Misc 2d 702.]

■ PAYROLL EQUITY PLANS, INC., Respondent, v BANK OF NEW YORK, Appellant.—Order, Supreme Court, New York County (Charles Ramos, J.), entered on or about October 4, 1988, unanimously affirmed, without costs and without disbursements. Motion by appellant for leave to file a supplemental record on appeal to include certain material denied. No opinion. Concur—Murphy, P. J., Asch, Rosenberger, Wallach and Smith, JJ.